No. 88–7077. SELIN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 88–7078. NICHOLS v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 88–7093. CORBIT v. MERCER ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7096. TOSTE v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 88–7122. FLYNN v. COUNTY OF NASSAU ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–7130. KESSLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7166. DUPARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7167. JACK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–7168. GIBSON-BEY, AKA GIBSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 88–7171. MAY v. HACKETT. C. A. 6th Cir. Certiorari denied.

No. 88–7173. WELCH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–7183. BLANTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7189. RONDON-MOLINA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7191. PETERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7196. WHITE, AKA WOODS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7198. WEICHERT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.